**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

WARNER BROS. RECORDS INC.,
etc., et al.,

    Plaintiffs,

v.                                      CASE NO. 3:07-cv-134-J-16HTS

KATHLEEN TAIT,

    Defendant.

**O R D E R**

    This cause is before the Court on the Request to Enter Default (Doc. #7; Motion), filed on May 7, 2007. Rule 55(a) provides for entry of a clerk's default "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend[.]" In this case, a letter (Doc. #8) was filed on May 7, 2007, which has been docketed as an answer to the Plaintiffs' Complaint for Copyright Infringement, and is hereby construed as such. Thus, the requirement that Defendant plead or otherwise defend has been satisfied. *See, e.g., In re Burchell Enter., Inc.,*

No. 04-5193SBA, 2005 WL 1154302, at *2 (N.D. Cal. May 16, 2005). Accordingly, the Motion (Doc. #7) is **DENIED**.

    **DONE AND ORDERED** at Jacksonville, Florida, this 16th day of May, 2007.

                                              /s/        Howard T. Snyder
                                          HOWARD T. SNYDER
                                          UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
 and *pro se* parties, if any